UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 12-9435 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Alixander Perez | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(3) The defendant shall appear at all future court proceedings;

(4) Other: _____

_Alixander Perez_  
**DEFENDANT**

12/20/12  
**DATE**

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_  
ANTHONY R. MAUTONE  
U.S. MAGISTRATE JUDGE

12/20/12  
**DATE**